### LONG v TAPLIN-RICE-CLERKIN CO

Ohio Appeals, 5th Dist, Stark Co
Decided Feb 5, 1931

For full opinion see 177 NE 55; 38 Oh Ap 547 (Oh Bar 9-8-31).